No. 85–6948.   IN RE GAY.   Petition for writ of mandamus denied.

No. 85–1798.   PENNZOIL CO. *v.* TEXACO INC.   Appeal from C. A. 2d Cir.   Probable jurisdiction noted.

No. 85–998.   UNITED STATES *v.* DUNN.   C. A. 5th Cir.   Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 85–1329.   YOUNG ET AL. *v.* UNITED STATES EX REL. VUITTON ET FILS S.A. ET AL.; and

No. 85–6207.   KLAYMINC *v.* UNITED STATES EX REL. VUITTON ET FILS S.A. ET AL.   C. A. 2d Cir.   Motion of petitioner in No. 85–6207 for leave to proceed *in forma pauperis* granted.   Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.   Reported below: 780 F. 2d 179.

No. 85–1358.   LUKHARD, COMMISSIONER, VIRGINIA DEPARTMENT OF SOCIAL SERVICES *v.* REED ET AL.   C. A. 4th Cir.   Motion of respondents Reed et al. for leave to proceed *in forma pauperis* granted.   Certiorari granted.

No. 84–1808.   WHITE, DBA BLUE WAVE OYSTER CO., ET AL. *v.* M/V TESTBANK ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 84–1966.   CWT FARMS, INC., ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 11th Cir.   Certiorari denied.

No. 85–873.   CAMACHO ET AL. *v.* BUNYAN.   C. A. 9th Cir.   Certiorari denied.

No. 85–929.   SLACK ET AL. *v.* BURLINGTON INDUSTRIES, INC., ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 85–1030.   RADOL ET AL. *v.* THOMAS ET AL.   C. A. 6th Cir.   Certiorari denied.